Argued November 30, affirmed November 30, 1971

CARNES, *Respondent, v.* CARNES, *Appellant.*

490 P2d 1282

Richard J. Smith, Klamath Falls, filed the brief for appellant.

*Robert S. Hamilton,* Klamath Falls, argued the cause for respondent. With him on the brief was Arthur A. Beddoe, Klamath Falls.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.